LEONARD KOHL, PLAINTIFF-PETITIONER, v. MAYOR AND COUNCIL OF THE BOROUGH OF FAIR LAWN, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Shavick, Thevos, Stern, Scholz & Steiger* for the petitioner.

*Messrs. Major & Major* for the respondents.

October 18, 1966. Granted.

CLARA LOEB, PLAINTIFF-RESPONDENT, v.
WILLIAM A. LOEB, DEFENDANT-PETITIONER.

*Mr. Nathan A. Whitfield, Mr. Morris M. Schnitzer* and *Mr. Waldron Kraemer* for the petitioner.

*Mr. Benjamin Braelow* for the respondent.

October 18, 1966. Granted.

IN THE MATTER OF THE ESTATE
OF HENRY D. MOORE, DECEASED.

See same case below: 91 *N. J. Super.* 321.

*Mr. Frank S. Norcross, Messrs. Bleakly, Stockwell & Zink,* and *Mr. Charles A. McGeary* for the petitioners.

*Mr. Samuel P. Orlando, Mr. George H. Hohweiler* and *Mr. Robert F. Garrett, III,* for the respondents.

October 18, 1966. Granted.